IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03379-WJM-BNB

MICHAEL MIKKELSEN, and
DAVID JIMENEZ,

Plaintiffs,

v.

OFFICER SEAN KOPPELS, in his individual capacity,
OFFICER GARRETT BROWN, in his individual capacity,
OFFICER ADAM NANCE, in his individual capacity,
OFFICER JOHN SILVA, in his individual capacity, and
THE CITY OF FRISCO, COLORADO,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Unopposed Motion for Leave to File Amended and Supplemental Complaint** [docket no. 18, filed April 30, 2013] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended and Supplemental Complaint for filing.


DATED: May 1, 2013