**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-3379-WJM-BNB

MICHAEL MIKKELSEN, and
DAVID JIMENEZ,

    Plaintiffs,

v.

OFFICER SEAN KOPPELS, in his individual capacity,
OFFICER GARRETT BROWN, in his individual capacity,
OFFICER ADAM NANCE, in his individual capacity,
OFFICER JOHN SILVA, in his individual capacity, and
THE CITY OF FRISCO, COLORADO

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION
TO DISMISS INDIVIDUAL DEFENDANTS**

---

    This matter comes before the Court on Plaintiffs' Unopposed Motion to Dismiss Individual Defendants With Prejudice (ECF No. 29). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Plaintiff's Unopposed Motion is GRANTED. Plaintiffs' claims against Defendants Sean Koppels, Garrett Brown, Adam Nance, and John Silva are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own attorney's fees and costs.

Dated this 26th day of August, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge